738

App., 229 S.W. 490; First Texas Prudential Ins. Co. v. Ryan, Tex.Com.App., 82 S.W.2d 635; Burns v. Bankers' Life Co., D.C., 24 F.2d 714; General American Life Ins. Co. v. Day, Tex.Civ.App., 89 S.W.2d 1012; National Standard Fire Ins. Co. v. Hubbard, Tex.Civ.App., 31 S.W.2d 859.

■ It is further contended by appellant that the judgment rendered in cause No. B–84724 was an agreed judgment and therefore amounted to an assumption of liability by Paramount Pictures and its liability was thereby waived. We overrule this contention. It is shown that evidence was introduced sufficient to support the judgment rendered. It is true that the attorney for McMenamin stated that he was not asking for a judgment in excess of $3000.00, and the attorney for Paramount Pictures stated that if the judgment was not in excess of $3000.00 there would be no appeal. This instance would not render the judgment an agreed one.

All other contentions made by appellant are without merit and are overruled.

The judgment is affirmed.

SLATTON, J., did not participate in the decision of this case.

Atlas Jones and Ross Doughty, Jr., both of Uvalde, for appellant.

William J. Fuller, Jr., of Montgomery, Ala., for appellee.

SMITH, Chief Justice.

Appellee, Asher, recovered judgment against appellant, Anderson, for $175, as broker's commission for procuring the sale of real estate.

The case was submitted to a jury on special issues to which no objection was made below, and of the specific answer to which no complaint is efficiently made in this Court. The jury findings support the judgment, and no reversible error is shown to have occurred upon the trial.

The judgment is affirmed.

### ANDERSON v. ASHER.
#### No. 10628.

Court of Civil Appeals of Texas. San Antonio.

Nov. 29, 1939.

Rehearing Denied Dec. 30, 1939.

### McCASKILL v. DAVIS.
#### No. 5074.

Court of Civil Appeals of Texas. Amarillo.

Nov. 6, 1939.

